AO 455 (Rev. 01/09) Waiver of an Indictment

| US DISTRICT COURT |
| WESTERN DIST ARKANSAS |
| FILED |
| 04/09/2021 |

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Hot Springs Division

| United States of America | ) | |
| v. | ) | Case No. 6:21cr60007-001 |
| | ) | |
| JAMES HERITAGE | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/8/2021

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

CLAY JANSKE
*Printed name of defendant's attorney*

_____
*Judge's signature*

United States District Judge Susan O. Hickey
*Judge's printed name and title*