IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

CRIMINAL NO. 6:21-CR-60007 SOH

JAMES HERITAGE                                              DEFENDANT

### ORDER

Defendant was placed on supervised release on January 21, 2024. On December 18, 2025, the United States Probation Office filed its Petition for Warrant or Summons for Offender Under Supervision. On January 8, 2026, this Court conducted an initial appearance on that petition Defendant was present and represented by counsel. Pending Defendant's final revocation hearing, Defendant is ordered to remain on supervised released under the same conditions previously imposed.

**IT IS SO ORDERED** this 8th day of **January 2026**.

HONORABLE SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE